**Dismissed and Memorandum Opinion filed November 13, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00745-CV

---

## MICHAEL COLEMAN AND ROCO MANAGEMENT LLC, Appellants

## V.

## BRIAN CWEREN, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1102359**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 9, 2018. The notice of appeal was filed August 22, 2018. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On October 16, 2018, this court ordered appellants to pay the appellate filing fee on or before October 31, 2018, or the appeal would be dismissed. Appellants have not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan.